IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>IVY DESHANTA MALLOY<br><br>　Debtor | Case No. 19-14130-TJC<br>Chapter 7 |
| SELECT PORTFOLIO SERVICING INC. AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2017-1, MORTGAGE-BACKED NOTES, SERIES 2017-1<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119<br><br>　Movant<br><br>v.<br><br>IVY DESHANTA MALLOY<br>3075 Brinkley Road, Apt T2<br>Temple Hills, MD 20748<br><br>and<br><br>GARY A. ROSEN<br>CHAPTER 7 TRUSTEE<br>One Church Street, #800<br>Rockville, MD 20850<br><br>　Respondents | Motion No. |

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75229

## MOTION FOR RELIEF FROM AUTOMATIC STAY

　　COMES NOW, Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

　　1.  Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

　　2.  On or about March 28, 2019, Ivy Deshanta Malloy ("Debtor") filed a Voluntary Petition in the Court under Chapter 7 of the Bankruptcy Code.

　　3.  Gary A. Rosen is the Chapter 7 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of "IN A DEED DATED 12/28/2000 AND RECORDED 01/10/2001, AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 14306 AND PAGE 273. TAX MAP OR PARCEL ID NO.: 12-1308857 LOT NUMBERED NINETEEN (19) IN BLOCK NUMBERED TEN (10) IN THE SUBDIVISION KNOWN AS SECTION 9, FOREST HEIGHTS,, AS PER PLAT RECORDED IN PLAT BOOK WWW 24, PLAT NO. 78, AMONG THE LAND RECORDS OF PRINCE GOERGES COUNTY, MARYLAND." also known as 5824 Shoshone Dr, Oxon Hill, MD 20745 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

6. The total amount due under the Deed of Trust securing the Movant as of April 3, 2019, including attorney's fees and court costs, is approximately $217,510.68.

7. The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

8. The Debtor is behind in his/her monthly mortgage payments, and equity in the Debtor's residence is dissipating.

9. The Movant lacks adequate protection of its interest in the subject property.

10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75229

WHEREFORE, the Movant, Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 its successors and/or assigns, respectfully requests that this Honorable Court:

1.  Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 5824 Shoshone Dr, Oxon Hill, MD 20745; and

2.  Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Federal Bar 15070

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75229

## CERTIFICATE OF SERVICE

 I hereby certify that on the 23rd day of April, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Gary A. Rosen, Trustee

Suren G Adams, Esquire

 I hereby further certify that on the 23rd day of April, 2019, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Ivy Deshanta Malloy
3075 Brinkley Road, Apt T2
Temple Hills, MD 20748

           /s/ Mark D. Meyer, Esq.
           Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 75229